

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Chas. E. Baughman, Chief Clerk
Department of Agriculture
Austin, Texas

Dear Sir:

Opinion No. O-1806
Re: Authority of the Department of Agri-
culture to use funds accruing through
the administration of House Bill 500
for administering the provisions of
House Bill 526.

You have requested the opinion of this department
upon the following question:

"Can any of the funds accruing to the Depart-
ment of Agriculture through the administration of
H. B. No. 500 - The Citrus Maturity Act - be em-
ployed in connection with the administration of
H. B. No. 526, the latter being relative to quar-
antine regulations, etc.?"

Section 16 of House Bill No. 500, Acts of the Regu-
lar Session of the 42nd Legislature, as amended by Acts 1935,
44th Legislature, p. 131, ch. 53, reads as follows:

"All money received by the Commissioner of
Agriculture for inspection fees and certificates of
inspection and maturity shall be paid by him to the
State Treasurer, who shall deposit said money to the
account of 'Special Citrus Fruit Inspecting Fund,'
which shall be a continuing fund. The Commissioner
is hereby authorized and empowered to use the moneys
in said fund in defraying the expenses of the ad-
ministration of this act."

The appropriation of this fund for the present fiscal
biennium, to the Department of Agriculture, is found in Senate
Bill No. 427, Acts of the 46th Legislature, in the following
language:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"For the fiscal years ending August 31, 1940, and August 31, 1941, all fees and/or unexpended balances which have been received and which may be received by virtue of House Bill 500, Regular Session of the 42nd Legislature, as amended, and House Bill 888, Acts of the Regular Session of the 46th Legislature, are hereby appropriated after they shall have been deposited in the state treasury, for the following purposes:

"Chief of the Citrus Maturity and Color-Added ... $3,900.00

"Stenographer-Bookkeeper ... $1,500.00

"And the remainder of such funds for such seasonal help as may be necessary and other expenses incident to the proper administration of the above acts."

House Bill No. 888, Acts 1939, 46th Legislature, contains the following provision:

"Such assessments shall be paid to the Commissioner or his agent by the person applying coloring matter to such citrus fruit, and shall be paid over to the State Treasurer who shall deposit said money to the account of 'Special Citrus Fruit Inspecting Fund,' created by the abovementioned chapter 244, acts regular session of the 42nd legislature, as amended, which shall be a continuing fund. The Commissioner is hereby authorized and empowered to use the moneys in said fund in defraying the expenses in the administration of this Act."

It thus appears that the funds derived from the administration of House Bill No. 500 and House Bill No. 888 are deposited in a special fund and are, under the provisions of said Acts, available for the use of the Commissioner of Agriculture in defraying expenses of the administration of each of said Acts. The 46th Legislature, in Senate Bill No. 427, has appropriated these funds for the administration of said Acts, House Bill No. 500, and House Bill No. 888, and

it follows, therefore, that these funds having been appropriated for the purpose of administering the provisions of these specific Acts, they are not available and may not be used for the purposes of administering the provisions of any other Acts. Your question, therefore, must be answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By          R. W. Fairchild

R. W. Fairchild
Assistant

RWF:pbp

APPROVED FEB 27, 1940

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE